UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

STEPHANIE W.,

                Plaintiff,

           -v-                                            6:25-CV-51 (AJB/ML)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On January 8, 2025, plaintiff Stephanie W.[1] ("plaintiff") filed this action seeking review of the final decision of defendant Commissioner of Social Security ("Commissioner") denying her application for benefits under the Social Security Act. Dkt. No. 1. The case was initially assigned to U.S. District Judge David N. Hurd, who referred the matter to U.S. Magistrate Judge Miroslav Lovric for a Report & Recommendation ("R&R"). *See* Dkt. No. 4.

Thereafter, the Commissioner filed a certified copy of the Administrative Record, Dkt. No. 6, and the parties briefed the matter in accordance with General Order 18, which provides that an appeal from the Commissioner's denial of benefits will be treated as if the parties have cross-moved for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure, Dkt. Nos. 10, 11, 12. The matter has since been reassigned to this Court. Dkt. No. 13.

---

[1] On May 1, 2018, the Judicial Conference's Committee on Court Administration and Case Management issued a memorandum that encouraged courts to better protect the privacy of non-governmental parties in Social Security matters by using only the first name and last initial of the claimant in published opinions.

On February 9, 2026, Judge Lovric advised by R&R that: (1) plaintiff's motion should be granted; (2) the Commissioner's motion should be denied; (3) the Commissioner's final decision should be vacated; and (4) this matter should be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. No. 14.

Neither party has lodged objections, and the time period in which to do so has expired. *See* Dkt. No. 14. Upon review for clear error, Judge Lovric's R&R is accepted and will be adopted. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 14) is ACCEPTED;

2. Plaintiff's motion is GRANTED;

3. The Commissioner's motion is DENIED;

4. The Commissioner's final decision is VACATED; and

5. This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of the Court is directed to terminate the pending motion, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: February 25, 2026
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge